PROB 12B
(7/93)

# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | **Sonido N. Paraiso, Jr.** | Case Number: | **CR 02-00010-001** |

Name of Sentencing Judicial Officer:     Honorable Ricardo S. Martinez, Designated Judge

Date of Original Sentence:     June 9, 2005

Original Offense:     <u>Count I</u> - Conspiracy to Distribute Methamphetamine, in violation of 21U.S.C. §§ 841(a)(1) and 846

Original Sentence:     51 months imprisonment and three years supervised release with conditions: not unlawfully possess a controlled substance, refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; refrain from the use of all alcoholic beverages; participate in a program for substance abuse which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; make co-payment for program at a rate to be determined by the Probation Office; perform 100 hours of community service; and pay a $100 special assessment fee.

Type of Supervision:   **Supervised Release**   Date Supervision Commenced:   **November 27, 2007**

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

1. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and to at least two periodic drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                                                          page 2

CAUSE

Based on the September 2, 2005 ruling in the Ninth Circuit, United States v. Stephens, No. 04-50170, which addressed 18 U.S.C. § 3583(d) supervised release and 18 U.S.C. § 3563(a)(5) probation mandatory testing conditions requiring that the district court determine the maximum number of mandatory drug tests, the Ninth Circuit held that because the statute requires the district court to determine the maximum number of drug tests under the mandatory condition, transferring this duty to the probation officer was an improper delegation of Article III judicial power.

To assist the Court in determining the appropriate number of drug tests, the Officer has evaluated Mr. Paraiso's history of drug use, and the drug detection period of his drug of choice. As methamphetamine is Mr. Paraiso's drug of choice and has a normal detection period of four days or less, it is recommended that the maximum number of tests the Court order per month be set at eight. This will allow for adequate time intervals between tests which will help facilitate the detection of use. It also provides for enough additional tests so that the pattern of testing will not be predictable to the offender. To address the implications of United States v. Stephens, Ninth Circuit No. 04-50170, it is respectfully requested that the Court modify Mr. Paraiso's mandatory condition to set the maximum number of drug tests at eight.

Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Paraiso's consent to the modification.

| Reviewed by: | Respectfully submitted, |
|---|---|
| CARMEN D. O'MALLAN<br>U.S. Probation OfficerSpecialist<br>Supervision Unit Leader | MARIA C. CRUZ<br>U.S. Probation Officer |
| Date   August 7, 2008 | Date:   August 7, 2008 |

### THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other



**/s/ Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: Aug 18, 2008**